| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CFRA Tri-Cities, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | **8:20-bk-03610-CPM** |

■ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Beltram Edge Tool Supply Inc** 6800 North Florida Avenue Tampa, FL 33604 | **Cami Crawford** ccrawford@the-ifg.com 813-239-1136 | **Trade** | | | | $3,555.23 |
| **Brightridge** 2600 Boones Creedk Rd. Johnson City, TN 37615 | 423-952-5000 | **Trade** | | | | $2,594.92 |
| **Bristol Virginia Utilities** 15022 Lee Hwy Bristol, VA 24202 | 276-669-4112 | **Trade** | | | | $1,844.13 |
| **Broadway Lights LLC** 1085 Thousand Oaks Blvd. Greenville, SC 29607 | **Kallie Corn** kallie@broadwaylights.com | **Trade** | | | | $20,999.00 |
| **CaptiveAire Systems** 4641 Paragon Park Road Raleigh, NC 27616 | **Trixi Perry** trixie@captiveaire.com 919-882-2410 | **Trade** | | | | $992.65 |
| **City of Kingsport** 225 West Center Street Kingsport, TN 37660 | 423-343-9860 | **Trade** | | | | $866.19 |
| **Commercial Kitchen Specialis** 1850 Indian Ridge Drive Kingsport, TN 37660 | **David Helton** n/a 404-276-0006 | **Trade** | | | | $1,209.52 |
| **Dan's Professional Plumbing** 1558 Fuller Street Kingsport, TN 37664 | **Dan Payne** danp@dansplumbing.us 423-246-3446 | **Trade** | | | | $5,325.00 |

| Debtor | CFRA Tri-Cities, LLC | | Case number *(if known)* | **8:20-bk-03610-CPM** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ford & Harrison LLP**<br>271 17th Street NW<br>Suite 1900<br>Atlanta, GA 30363 | **P. Maxwell Smith**<br><br>msmith@fordharrison.com<br>615-574-6708 | **Trade** | | | | $10,605.11 |
| **HPI Direct, Inc.**<br>785 Goodard Court<br>Alpharetta, GA 30005 | **Annelie Figueroa**<br><br>AFIGUEROA@superioruniform.com<br>678-941-1800 | **Trade** | | | | $973.27 |
| **IHOP Franchise Company, LLC**<br>450 North Brand Boulevard<br>7th Floor<br>Glendale, CA 91203 | **Alicia Beltran**<br><br>Alicia.Beltran@dinebrands.com | **Trade** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Interface Security Sys. LLC**<br>8339 Solutions Center<br>Chicago, IL 60677 | **JoAnn Thompson**<br><br>joann.thompson@interfacesys.com<br>314-595-0275 | **Trade** | | | | $1,316.07 |
| **Johnson City Utility System**<br>601 E. Main Street<br>Johnson City, TN 37601 | ebilling@johnsoncitytn.com<br>423-461-1640 | **Trade** | | | | $1,987.76 |
| **National Tax Credit Holdings**<br>10499 W. Bradford Rd. #102<br>Littleton, CO 80127 | **Steve Boeding**<br><br>sboeding@ntcusa.com<br>678-303-4660 | **Trade** | | | | $1,762.53 |
| **Performance Food Group**<br>7420 Ranco Rd.<br>Henrico, VA 23228 | **Rahesha Mackey**<br><br>Rahesha.Mackey@pfgc.com<br>804-237-1045 | **Trade** | | | | $27,477.61 |
| **Premier Fire Protection Inc.**<br>1338 TN-126<br>Bristol, TN 37620 | **Garry**<br><br>f2e@premierfirebristoltn.com<br>423-652-2744 | **Trade** | | | | $1,193.11 |
| **Rosnet Technology**<br>8500 NW River Park Dr.<br>Kansas City, MO 64152 | **Stacye Holcomb**<br><br>sholcomb@rosnet.com<br>816-743-7790 | **Trade** | | | | $1,600.00 |
| **Rustic Ridge Landscaping**<br>205 Pickens Bridge Rd.<br>Johnson City, TN 37615 | **Tim**<br><br>tim@therusticridge.com<br>432-282-3550 | **Trade** | | | | $1,050.00 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 2

| Debtor | CFRA Tri-Cities, LLC | Case number *(if known)* | 8:20-bk-03610-CPM |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **S&D Coffee**<br>**300 Concord Parkway South**<br>**Concord, NC 28027** | **Jeff Poyer**<br><br>**poyerj@sndcoffee.com**<br>**800-933-2210** | **Trade** | | | | **$686.79** |
| **The Wasserstrom Company**<br>**4500 E. Broad Street**<br>**Columbus, OH 43213** | **Shelby Sheets**<br><br>**shelbysheets@wasserstrom.com**<br>**800-999-9277** | **Trade** | | | | **$558.17** |