# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 8:20-BK-03610 CPM
**Case Name:** CFRA Tri-Cities, LLC

**Period Ending:** 03/31/22

**Trustee:** (290520)   DAWN A. CARAPELLA
**Filed (f) or Converted (c):** 08/07/20 (c)
**§341(a) Meeting Date:** 09/10/20
**Claims Bar Date:** 07/15/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Checking 3510<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 112]) | 6,927.00 | 6,927.00 | | 917.67 | FA |
| 2 | Wells Fargo Checking 3536<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 112]) | 458.00 | 458.00 | | 0.00 | FA |
| 3 | Deposits - Prepaid Business Licenses<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 112]) | 143.00 | 143.00 | | 0.00 | FA |
| 4 | Deposits - Prepaid MICROS Contracts<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 112]) | 1,622.00 | 1,622.00 | | 0.00 | FA |
| 5 | Accounts Receivable - 90 days old or less<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 112]) | 32,641.00 | 32,641.00 | | 0.00 | FA |
| 6 | Office Equipment - fixed assets report<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 112]) | Unknown | 0.00 | | 0.00 | FA |
| 7 | Restaurant Equipment - fixed assets report<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 112]) | Unknown | 0.00 | | 0.00 | FA |
| 8 | Leases - See Sched. B, Item 55<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 112]) | Unknown | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 8:20-BK-03610 CPM  
**Case Name:** CFRA Tri-Cities, LLC  

**Period Ending:** 03/31/22

**Trustee:** (290520) DAWN A. CARAPELLA  
**Filed (f) or Converted (c):** 08/07/20 (c)  
**§341(a) Meeting Date:** 09/10/20  
**Claims Bar Date:** 07/15/20

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 9  Other Property of Any Kind Not Already Listed<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 112])<br>leasehold improvements $135,731 net book value<br>remodels $330,898 net book value | Unknown | 0.00 | | 0.00 | FA |
| **9  Assets    Totals** (Excluding unknown values) | **$41,791.00** | **$41,791.00** | | **$917.67** | **$0.00** |

**Major Activities Affecting Case Closing:**

Case administratively consolidated with lead case, CFRA Holdings, LLC, Case No. 20-2608  
T investigating avoidable transfers

See notes in lead case, CFRA Holdings, LLC, Case No. 20-03608;  
9/10/2020 - 341 meeting held and continued to 9/24/2020 @ 3:15 p.m.;  
9/24/2020 - 341 mtg. held and concluded;  
10/31/2020 - 3rd quarter 2020 tax returns mailed to TN Dept. of Labor for stores 4435 and 4440;  
10/31/2020 - 941 payroll reports mailt to IRS;  
1/18/2021 - Ltr. to NC Dept. of Commerce responding to inquiries re: former employees;  
7/26/2021 - Motion to Approve Settlement Agreement with Ashley G. Hay (re: Hay's claims against CFRA Tri-Cities, LLC re: employment discrimination and emotional distress claims and pre-petition lawsuit; settled with insurance carrier for $55,000 (Lead Case: 20-3608 Dkt. 352);  
2/7/2022 - CLAIMS REVIEWED; T objecting to Claim No. 7, 8, 9 and 11;  
2/7/2022 - Email to Camille Iurillo, counsel for Smartvision re: Claims 7, 8 and 9;  
2/7/2022 - Email to Claimant 11 re: priority wage claim;  
3/3/2022 - Smartvision filed in lead case of CFRA Holdings, LLC, Notice of Withdrawal of Claim Nos. 7, 8 and 9 in case of CFRA Tri-Cityies, LLC (See CFRA Holdings, LLC Dkt. 381)  
3/15/2022 - Notice of Withdrawal of Chapter 7 Trustee's Omnibus Objection to Smartvision Construction, LLC's Claim Nos. 34, 35 and 47 filed against the estate of CFRA Holdings, LLC and Claim Nos. 7, 8 and 9 filed against the Estate of CFRA Tri-Cities, LLC (Dkt. 383);

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:20-BK-03610 CPM  
**Case Name:** CFRA Tri-Cities, LLC  

**Period Ending:** 03/31/22

**Trustee:** (290520)    DAWN A. CARAPELLA  
**Filed (f) or Converted (c):** 08/07/20 (c)  
**§341(a) Meeting Date:** 09/10/20  
**Claims Bar Date:** 07/15/20

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

3/23/2022 - Order (A) Sustaining Omnibus Objection to Certain Claims filed Against the Estate of CFRA Holdings, LLC; and (B) Granting Motion to Allow Claims Against the Estates of CFRA, LLC or CFRA Tri-Cities, LLC (CFRA Holdings, LLC Dkt. 388);

4/1/2022 - Order sustaining Objection and disallowing Claim No. 10 against estate of CFRA Tri-Cities, LLC (Dkt. 393);

**Initial Projected Date Of Final Report (TFR):** May 31, 2021        **Current Projected Date Of Final Report (TFR):** June 30, 2022

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 8:20-BK-03610 CPM | | **Trustee:** | DAWN A. CARAPELLA (290520) |
|---|---|---|---|---|
| **Case Name:** | CFRA Tri-Cities, LLC | | **Bank Name:** | Metropolitan Commercial Bank |
| | | | **Account:** | ******7216 - Checking Account |
| **Taxpayer ID #:** | **-***2377 | | **Blanket Bond:** | $35,756,000.00   (per case limit) |
| **Period Ending:** | 03/31/22 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **{Ref #} / Check #** | **Paid To / Received From** | **Description of Transaction** | **T-Code** | **Receipts $** | **Disbursements $** | **Checking Account Balance** |
| 10/13/21 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 852.67 | | 852.67 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 847.67 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 842.67 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 837.67 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 832.67 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 827.67 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 822.67 |
| | | | **ACCOUNT TOTALS** | | **852.67** | **30.00** | **$822.67** |
| | | | Less: Bank Transfers | | 852.67 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **30.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$30.00** | |

{} Asset reference(s)

Printed: 04/22/2022 03:33 PM    V.20.40

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 8:20-BK-03610 CPM | | Trustee: | DAWN A. CARAPELLA (290520) |
|---|---|---|---|---|
| Case Name: | CFRA Tri-Cities, LLC | | Bank Name: | Mechanics Bank |
| | | | Account: | ******2366 - Checking Account |
| Taxpayer ID #: | **-***2377 | | Blanket Bond: | $35,756,000.00  (per case limit) |
| Period Ending: | 03/31/22 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/21/20 | {1} | CFRA Tri-Cities, LLC | Bank balance on day of conversion | 1129-000 | 917.67 | | 917.67 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 912.67 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 907.67 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 902.67 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 897.67 |
| 01/29/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 892.67 |
| 02/04/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 892.67 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | **917.67** | **917.67** | $0.00 |
| | Less: Bank Transfers | | 0.00 | 892.67 | |
| | **Subtotal** | | **917.67** | **25.00** | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$917.67** | **$25.00** | |

## Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 8:20-BK-03610 CPM | Trustee: | DAWN A. CARAPELLA (290520) |
|---|---|---|---|
| Case Name: | CFRA Tri-Cities, LLC | Bank Name: | People's United Bank |
| | | Account: | ******4048 - Checking Account |
| Taxpayer ID #: | **-***2377 | Blanket Bond: | $35,756,000.00   (per case limit) |
| Period Ending: | 03/31/22 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/04/21 | | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | 9999-000 | 892.67 | | 892.67 |
| 02/26/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 887.67 |
| 03/31/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 882.67 |
| 04/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 877.67 |
| 05/28/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 872.67 |
| 06/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 867.67 |
| 07/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 862.67 |
| 08/31/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 857.67 |
| 09/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 852.67 |
| 10/13/21 | | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2708 | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2708 | 9999-000 | | 852.67 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 892.67 | 892.67 | $0.00 |
| | | | Less: Bank Transfers | | 892.67 | 852.67 | |
| | | | **Subtotal** | | 0.00 | 40.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$40.00** | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 8:20-BK-03610 CPM | **Trustee:** | DAWN A. CARAPELLA (290520) |
| --- | --- | --- | --- |
| **Case Name:** | CFRA Tri-Cities, LLC | **Bank Name:** | People's United Bank |
| | | **Account:** | ******4048 - Checking Account |
| **Taxpayer ID #:** | **-***2377 | **Blanket Bond:** | $35,756,000.00  (per case limit) |
| **Period Ending:** | 03/31/22 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

Net Receipts :  917.67
Net Estate :  $917.67

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******7216** | 0.00 | 30.00 | 822.67 |
| **Checking # ******2366** | 917.67 | 25.00 | 0.00 |
| **Checking # ******4048** | 0.00 | 40.00 | 0.00 |
| | $917.67 | $95.00 | $822.67 |

{} Asset reference(s)

Printed: 04/22/2022 03:33 PM    V.20.40